**Phillip Scotty RAGSDALE, alias Phillip Scotty Moore, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 39430.**

Court of Criminal Appeals of Texas.

March 9, 1966.

598

George Perez SULAICA, Appellant,

v.

The STATE of Texas, Appellee.

No. 39381.

Court of Criminal Appeals of Texas.

April 6, 1966.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

WOODLEY, Judge.

The offense is attempt at burglary; the punishment, 3 years.

The record is before us with no statement of facts or bills of exception.

The punishment for the offense of attempt at burglary is not less than 2 nor more than 4 years confinement in the penitentiary (Art. 1402 P.C.).

The jury assessed appellant's punishment at 3 years.

The sentence failed to give effect to the indeterminate sentence law (Art. 775 C.C.P.). It is reformed so as to order appellant's confinement in the penitentiary for a term of not less than 2 years nor more than 3 years.

As reformed, the judgment is affirmed.